# United States District Court
# For The Western District of North Carolina
# Charlotte Division

State of North Carolina,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                          3:10cv394

Danita Mitchell,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 4, 2011 Order.

Signed: April 4, 2011

Frank G. Johns, Clerk
United States District Court